**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TRISTAN TANNER,

    Plaintiff,

vs.

STRYKER CORPORATION
OF MICHIGAN,

    Defendant.
_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, TRISTAN TANNER, hereinafter referred to as "PLAINTIFF" by and through his undersigned attorneys, hereby sues the Defendant, STRYKER CORPORATION OF MICHIGAN hereafter referred to as "DEFENDANT" and alleges as follows:

**JURISDICTION AND VENUE**

1.    Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1331 because this civil action arises under the Constitution, laws, or treaties of the United States.

2.    Venue lies within the United States District Court for the Middle District of Florida, Tampa Division, in accordance with 28 U.S.C. § 1391(b) because Plaintiff resides in this Judicial District and because a substantial part of the events

1

giving rise to this claim occurred in this Judicial District.

## PARTIES

3. Plaintiff is a resident of Pinellas County, Florida.

4. Defendant is a Foreign corporation licensed and authorized to conduct business in the State of Florida and doing business within Hillsborough County.

## GENERAL ALLEGATIONS

5. At all times material, Plaintiff was qualified to perform his job duties within the legitimate expectations of his employer.

6. Plaintiff has been required to retain the undersigned counsel to represent him in this action and is obligated to pay them a reasonable fee for their services.

7. Plaintiff requests a jury trial for all issues so triable.

## FACTS

8. Plaintiff began his employment on or about May 2019, as an Operations Support Specialist.

9. Plaintiff had an unblemished personnel file.

10. Plaintiff was expecting the birth of his child with a due date of August 12, 2021.

11. Plaintiff informed Defendant that the mother was delivering his child in Connecticut and that he would be traveling there for his daughter's birth.

12. In July and August 2021, Plaintiff had absences relating to his own serious health condition.

13. Plaintiff's daughter was not born on the due date and the OBGYN scheduled her to be induced on August 18, 2021.

14. At all times Plaintiff kept his manager and members of human resources advised of his and his daughter's circumstances.

15. Nevertheless, on August 20, 2021, one day after the birth of his daughter, Plaintiff was fired without warning for purported unexcused absences.

## COUNT I
## FAMILY MEDICAL LEAVE ACT – INTERFERENCE

16. Plaintiff realleges and adopts the allegations stated in Paragraphs 1 – 15.

17. Defendant's actions interfered with Plaintiff's rights under the FMLA.

18. Defendant's actions constitute violations of the FMLA.

19. As a result of Defendant's unlawful actions Plaintiff has suffered damages.

WHEREFORE, Plaintiff prays for judgment against Defendant for the following damages:

    a.    Back pay and benefits;

    b.    Interest;

    c.    Liquidated damages;

    d.    Attorney's fees and costs;

    e.    Equitable relief;

    f.    Such other relief as is permitted by law.

## COUNT II
## (FMLA DISCRIMINATION/RETALIATION)

20. Plaintiff realleges and adopts the allegations stated in Paragraphs 1 – 15.

21. Defendant retaliated against Plaintiff for asserting his FMLA rights.

22. Defendant's actions constitute violations of the FMLA.

23. As a result of Defendant's actions Plaintiff has suffered damages.

WHEREFORE, Plaintiff respectfully requests all legal and equitable relief allowed by law including judgment against Defendant for prejudgment interest, payment of reasonable attorneys' fees and costs incurred in the prosecution of the claim and such other relief as the Court may deem just and proper.

Dated this 28th day of September 2021

                                          FLORIN GRAY BOUZAS OWENS, LLC

                                          /s/Wolfgang M. Florin

        Wolfgang M. Florin
Florida Bar No. 907804
wolfgang@fgbolaw.com
Christopher D. Gray
Florida Bar No.: 0902004
chris@fgbolaw.com
16524 Pointe Village Drive, Suite 100
Lutz, FL 33558
Telephone (727) 220-4000
Facsimile (727) 483-7942
Attorneys for Plaintiff